UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 PENSION FUND, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 EDUCATION FUND, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 INDUSTRY FUND, and THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 SUPPLEMENTAL WELFARE FUND | CIVIL ACTION NUMBER: 3:19-cv-629 |
| VERSUS | |
| ATLAS BLOWPIPE & SHEET METAL WORKS, INC. | SECTION:_____ |

## COMPLAINT

The complaint of THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 PENSION FUND, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 EDUCATION FUND, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 INDUSTRY FUND, and THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 SUPPLEMENTAL WELFARE FUND, all represented herein by Rita Romero, Administrator of said funds, with respect represents that:

### JURISDICTION

1.

Jurisdiction in the captioned matter is grounded in 29 U.S.C. §1132(a)(3)(B)(ii) and 29 U.S.C. §1145.

## VENUE

2.

Venue in this proceeding is based on 28 U.S.C. section 1391(a)(2) in that a substantial part of the events or omissions giving rise to the claim sued upon occurred within the territorial bounds of this Honorable Court.

## THE PARTIES

3.

Made defendant herein is ATLAS BLOWPIPE & SHEET METAL WORKS, INC., a Louisiana corporation, which may be served with this complaint through its registered agent for service of process, Steven Schrieffer, 1024 Ridgewood Drive, Metairie, Louisiana 70001, referred to hereinafter simply as "ATLAS BLOWPIPE".

4.

The plaintiffs, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 PENSION FUND, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 EDUCATION FUND, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 INDUSTRY FUND, and THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 SUPPLEMENTAL WELFARE FUND, referred to hereinafter collectively as the "FUNDS", are multi-employer employee benefit plans maintained pursuant to a collective bargaining agreement by and between various employers and The Sheet Metal Worker's International Association, Local #214, hereinafter referred to as the "Union", and organized and operated under the provisions of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. section 1001, et seq ("ERISA").

## THE CAUSE OF ACTION

5.

ATLAS BLOWPIPE is an employer signatory to and bound by the collective bargaining agreement with the Union and is obligated, among other things: (1) to comply with all terms and conditions set forth in the Agreements and Declarations of Trust pursuant to which the FUNDS were established; (2) to file written reports monthly with the Administrator of the FUNDS showing the number of hours worked for it by employees represented by the Union; (3) to pay contributions to those Funds on behalf of its employees represented by the Union and on the basis of the hours worked by those employees during the months covered by those written reports; and (4) to submit to audit by the FUNDS of those of its business records required for the FUNDS to verify the amount of contributions due to the FUNDS and payable by defendant.

6.

The collective bargaining agreement referred to in the preceding paragraph was in force and effect with regard to all claims sued upon in this proceeding.

7.

ATLAS BLOWPIPE filed with the Administrator of the FUNDS written reports showing the hours worked by its employees represented by the Union during the months of January 1, 2019 through June 30, 2019, but remitted the payments due to the FUNDS for those employees and hours only for the months of March and June.

8.

Subsequent to the failure of ATLAS BLOWPIPE to pay unto the Administrator of the FUNDS the contributions it owed to the FUNDS for the months of January, February, April, and May of 2019, the FUNDS retained Ted Soileau, CPA, to audit the payroll records of ATLAS

BLOWPIPE for the purpose of establishing the precise amount due to the FUNDS by ATLAS BLOWPIPE for those months.   The audit report of Ted Soileau, CPA, a copy of which is attached hereto, indicates that ATLAS BLOWPIPE was indebted to the FUNDS for the sum of $16,396.22, all in the following particulars:

[a]   BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 PENSION FUND - $12,381.86;

[b]   BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 EDUCATION FUND - $2,131.08;

[c]   BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 INDUSTRY FUND - $371.70; and

[d]   BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 SUPPLEMENTAL WELFARE FUND - $1,511.58.

10.

The FUNDS are informed, believe, and do hereby aver that ATLAS BLOWPIPE is indebted to the FUNDS for additional sums, in an amount yet to be determined, for the contributions due, owing and attributable to the hours worked by ATLAS BLOWPIPE's Union employees during the month of August, 2019, though no written report showing the hours worked by its Union employees during that month have yet been filed with the Administrator of the FUNDS.

11.

Under the terms of the aforementioned collective bargaining agreement with Union, the FUNDS are entitled to assess against ATLAS BLOWPIPE [and ATLAS BLOWPIPE is obligated to pay] interest on all contributions owed at the rate of 6.5% per annum, together with liquidated damages in an amount equal to twenty (20%) percent of all unpaid contributions and interest owed by it to the FUNDS.

12.

The failure of ATLAS BLOWPIPE to remit its contributions to the FUNDS as set forth hereinabove has necessitated the hiring by the FUNDS of undersigned counsel so that this collection proceeding could be initiated.   Under the terms of the aforementioned collective bargaining agreement with the Union, as well as under the various Agreements and Decelerations of Trust pursuant to which the FUNDS were created, complainant is entitled to both an award of reasonable attorney's fee incurred in this action and to further judgment taxing all costs of this action upon the defendant, ATLAS BLOWPIPE.

**WHEREFORE**, the plaintiffs, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 PENSION FUND, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 EDUCATION FUND, THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #21 INDUSTRY FUND, and THE BATON ROUGE SHEET METAL WORKERS' LOCAL UNION #214 SUPPLEMENTAL WELFARE FUND, pray for service and citation upon the defendant as the law directs and, after all legal delays and due proceedings had, that there be a judgment herein as follows in favor of the FUNDS and against the defendant, ATLAS BLOWPIPE & SHEET METAL WORKS, INC., in an amount equal to all contributions due to the FUNDS that are proven at trial of this matter, together with interest thereon at the rate of 6.5% per annum and liquidated damages of twenty (20%) percent of such amount, for reasonable attorney's fee, all costs of these proceeding, and for legal interest in all sums so awarded from the date of judicial demand until paid.

The plaintiffs FURTHER PRAY for any and all other relief, legal or equitable, available under the premise of this clause.

By Attorneys,

LAW OFFICE OF THOMAS M. LOCKWOOD

*s/ Thomas M. Lockwood*

By:_____
THOMAS M. LOCKWOOD
Louisiana Bar Roll # 17028
7901 Wrenwood Blvd., Suite A
Baton Rouge, LA 70809
Telephone: (225) 769-6799
Fax: (225) 769-6797
Email: mac@thomaslockwoodlaw.com

*ATTORNEY FOR THE PLAINTIFF-FUNDS*