# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

THE BATON ROUGE SHEET METAL          CIVIL ACTION
WORKERS LOCAL UNION #21
PENSION FUND, ET AL.

VERSUS

ATLAS BLOWPIPE & SHEET          NO.: 19-00629-BAJ-RLB
METAL WORKS, INC.

## FINAL JUDGMENT

Considering the Court's Order granting the Motion to Dismiss, and in accordance with Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice.

Baton Rouge, Louisiana, this 7th day of February, 2020.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**